UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | NO. 3:11-CR-308 |
| | ) | |
| v. | ) | (JUDGE CONABOY) |
| | ) | |
| ROBERT COLLINS, | ) | |
| | ) | |
| Defendant. | ) | |

**INFORMATION**

Count 1
(Misprision, 18 U.S.C. §4)

FILED
SCRANTON
NOV - 2 2011
PER _____
DEPUTY CLERK

THE UNITED STATES ATTORNEY CHARGES:

On or about June 17, 2011 in Luzerne County, Pennsylvania and within the Middle District of Pennsylvania, the defendant,

**ROBERT COLLINS,**

having knowledge that Robert Terry Lewis was engaged in the actual commission of a felony cognizable by a court of the United States, to wit, a violation of Title 18, United States Code, § 1512(c), relating to obstruction of justice, did conceal and fail to disclose this knowledge to federal investigators, and did not as soon as possible make known the same to some judge or other person in civil or military authority under the United States.

All in violation of Title 18, United States Code, § 4.

THE UNITED STATES ATTORNEY FURTHER CHARGES:

On or about July 18, 2011 in Luzerne County, Pennsylvania and within the Middle District of Pennsylvania, the defendant,

**ROBERT COLLINS**

knowingly and intentionally distributed and dispensed a quantity of heroin less than 5 grams of heroin, a Schedule I controlled substance to another.

All in violation of Title 21, United States Code, Section 841(a)(1).

Date: 10-31-11

*Peter J. Smith* /acp
PETER J. SMITH
UNITED STATES ATTORNEY

2